Leatrice LITTLE, Appellant,

v.

Bill ARMONTROUT, Appellee.

No. 86–1278 EM.

United States Court of Appeals,
Eighth Circuit.

Aug. 5, 1987.

Appellee's petition for a rehearing en banc is granted. The case shall be heard Monday, September 14, 1987, at 9:00 a.m. in St. Louis, Missouri.

The parties may file supplemental briefs concerning the points raised in the petition for rehearing en banc. The briefs are limited to fifteen (15) pages and shall not duplicate the arguments contained in the parties' earlier briefs; only new cases should be argued. The briefs shall be filed simultaneously on August 21, 1987.